AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No:   25-433 MJ |
| Raquel OTERO-Otero | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 12, 2025 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On March 12, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to her citizenship the Defendant admitted to being a citizen of El Salvador without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to El Salvador via Houston, TX on or about August 12, 2004. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_
Saul H. Mendez, Agent
_Printed name and title_

Sworn to before me ~~and signed in my presence.~~ Via phone

Date: March 12, 2025

_Judge's signature_
Damian L. Martínez, U.S. Magistrate Judge
_Printed name and title_

City and state: Las Cruces, N.M.